No. 04–8424. GREER *v.* HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8437. COLEMAN *v.* GIULIANI ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–8439. CHRISTMAS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–8440. TRUJILLO *v.* FARWELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8446. KRZYKOWSKI *v.* WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 04–8447. MAKIDON *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 04–8448. CRENSHAW *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 04–8454. COOPER *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–8456. JENNINGS *v.* JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8458. MACKINTRUSH *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 04–8461. DAVIS *v.* FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 04–8462. MONTOYA *v.* FINN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8463. PEREZ *v.* WYNDER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8464. WILSON *v.* HINSLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–8468. REED *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.